

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAMRAH KAZMI,<br><br>Plaintiff,<br><br>-versus-<br><br>WACHOVIA SECURITIES INC.,<br><br>Defendant. | Civil Action No. 08-cv-1708<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING THE TIME TO**<br>**ANSWER OR OTHERWISE MOVE**<br>**WITH RESPECT TO PLAINTIFF'S**<br>**COMPLAINT** |

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

1.    Plaintiff filed her Complaint on February 21, 2008.

2.    Defendant was served with the Complaint on February 26, 2008. Defendant.

3.    On March 11, 2008, Defendant filed, via ecf, a request for an extension of time to answer the Complaint through and including April 7, 2008.

3.    Thereafter, Plaintiff's counsel has consented to an extension of time of twenty-one (21) days for Defendant to answer or otherwise move with respect to the Complaint through and including April 7, 2008. No previous extensions of time have been requested.

4.    Plaintiff and Defendant stipulate and agree that the time by which Defendant must Answer or otherwise move with respect to the Complaint be extended to April 7, 2008.

03/17/08  16:2 ~~Case~~ 1:08-cv-01708-GEL   FISHER & PHILLIPS   Filed 03/20/2008   Page 2 of 3
03/13/08  17:11 FAX 9085161051   FISHER & PHILLIPS

☑004
☑004

By: _____
    Jenice L. Malecki (JLM-2871)
    Malecki Law
    11 Broadway, Suite 715
    New York, NY 10004
    Phone:     212-943-1233
Fax:       212-943-1238

By: _____
    Kathleen McLeod Caminiti (KMC-2736)
    Fisher & Phillips LLP
    430 Mountain Avenue
    Murray Hill, NJ 07974
    Phone:     908-516-1050
    Fax:       908-516-1051

Dated: 3-14-08

Dated: 3-17-08

## <u>ORDER</u>

**SO ORDERED** this _____20th_____ day of March 2008 that the time by which

Defendant must answer or otherwise move with respect to the Complaint is hereby

extended until April 7, 2008.

_____

HONORABLE GERARD E. LYNCH, U.S.D.J.

3/20/08