# AFFIDAVIT OF SERVICE

SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX # 08CV1708 AND FILED ON
ATTORNEY(S): Malecki Law, Julie Mathew

**Samrah Kazmi** — Plaintiff
vs
**Wachovia Securities, Inc.** — Defendant

STATE OF VIRGINIA COUNTY OF CHESTERFIELD, SS.:

ANN KNOBBE, being duly sworn deposes and says deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. That on February 26, 2008 at 2:38pm at 11 S. 12th St, Richmond, VA 23219 deponent served the within Summons in a Civil Action and Complaint

on: Wachovia Securities, Inc. by serving Registered Agent Corporation ' Defendant (herein called recipient) therein named.

**INDIVIDUAL A [ ]** — By personally delivering to and leaving with said ___ a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said Summons in a Civil Action and Complaint

**CORPORATION B [x]** — By delivering to and leaving with Rene Nordquist at Corp Service Co. and that deponent knew the person so served to be the authorized person to receive services for ___ of the corporation. Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:

**SUITABLE AGE PERSON C [ ]** — By delivering a true copy thereof to and leaving with ___ a person of suitable age and discretion at ___ the said premises being the defendants/respondents [ ] dwelling place (usual place of abode) [ ] actual place of business within the State of New York.

**AFFIXING TO DOOR D [ ]** — By affixing a true copy thereof to the door of said premises, the same being the defendant's [ ] dwelling house (usual place of abode) [ ] actual place of business within the State of New York.

**MAILING TO RESIDENCE (use with C or D) E1 [ ]** — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at ___ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within New York State on ___

**MAILING TO BUSINESS (use with C or D) E2 [ ]** — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at ___ in an official depository under the exclusive care and custody of the United States Post Office within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on ___

**PREVIOUS ATTEMPTS (use with D) F [ ]** — Deponent had previously attempted to serve the above named defendant/respondent
Day ___ Date ___ Time ___
Day ___ Date ___ Time ___
Day ___ Date ___ Time ___
Deponent spoke with ___ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

**G [x]** DEPONENT STATES THAT THE INDEX # WAS CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)** — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age 40's   Approximate weight 160-170   Approximate height 5'9   Sex Female
Color of skin White   Color of hair Red/Blond   Other glasses

**MILITARY SERVICE [x]** — Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

**NON-SERVICE H [ ]** — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following: [ ] Not known at address   [ ] Address does not exist   [ ] Evading   [ ] Moved left no forwarding   [ ] Other

**WIT. FEES [ ]** — $ ___ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this 27th day of February, 2008

_Ann Knobbe_ (signature)

_Carroll J. Neuner_ (signature)
Carroll J. Neuner II
Attny's File No. ___
Invoice•Work Order # SP080193

[Notary Seal: CARROLL J NEUNER II, NOTARY PUBLIC, COMMISSION NUMBER ___, CHESTERFIELD VA, COMMONWEALTH OF VIRGINIA]

CORPORATE SERVICE BUREAU INC., 283 WASHINGTON AVENUE, ALBANY, NEW YORK 12206