**FISHER & PHILLIPS LLP**
430 Mountain Avenue
Murray Hill, New Jersey 07974
(908) 516-1050
Attorneys for Defendant

| | |
|---|---|
| SAMRAH KAZMI,<br>                Plaintiff,<br><br>-vs-<br><br>WACHOVIA SECURITIES INC.,<br>                Defendant. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Civil Action No. 08 CV 1708<br>Judge Lynch<br><br>**RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the undersigned counsel for Defendant Wachovia Capital Markets, LLC, improperly named hereon as Wachovia Securities Inc., certifies as follows:

      1.     Wachovia Capital Markets, LLC, (a Delaware LLC) is a wholly owned subsidiary of EVEREN Capital Corporation. EVEREN Capital Corporation is wholly owned by A.G. Edwards, Inc. A.G. Edwards is wholly owned by Wachovia Corporation. Wachovia Corporation is a publicly held corporation and no corporation holds 10% or more of its stock. Prudential Financial, Inc. is a publicly held corporation.

                                               Respectfully submitted,

                                               **FISHER & PHILLIPS LLP**
                                               Attorneys for Defendants
                                               430 Mountain Avenue
                                               Murray Hill, NJ 07974
                                               Phone:     (908) 516-1050

NewJersey 146582.1

<pre>
              Fax:      (908) 516-1051
              E-mail:   kcaminiti@laborlawyers.com


              By:   s/Kathleen McLeod Caminiti
              By:   KATHLEEN McLEOD CAMINITI (KC2736)
                    Of Counsel for the Firm
</pre>

Dated: April 7, 2008