UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

| | |
|---|---|
| SAMRAH KAZMI,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA SECURITIES, INC.,<br><br>Defendant. | CIVIL ACTION NO. 08-CV-1708<br><br>Civil Action<br><br>Judge Gerald E. Lynch |

### STIPULATION AND ORDER OF DISMISSAL

It is hereby stipulated and agreed between the parties that this action be and is hereby dismissed with prejudice and without costs or attorneys' fees against any party.

**Malecki Law**
Attorneys for Plaintiff

By: _____
Jenice L. Malecki

Dated: _____

**Fisher & Phillips LLP**
Attorneys for Defendants

By: _____
Kathleen McLeod Caminiti
Of Counsel for the Firm

Dated: 7/16/08

SO ORDERED:

_____
HONORABLE GERARD E. LYNCH, U.S.D.J.

7/24/08

NewJersey 149220.2                             18